433 A.2d 131

Foster, Appellant v. Foster.

Submitted September 13, 1979.   Leslie F. Kidd, for appellant;  John C. Anderson, for appellee.

Before CERCONE, P.J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

CERCONE, P.J., filed a memorandum dissenting statement.

433 A.2d 131

McConnell et ux., Appellants v. Estate of Wells et al.

Argued December 3, 1979.   Craig S. Boyd, for appellant;  John C. Bradley, Jr., for appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

The chancellor's decree is affirmed.